USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MILTON WILLIAMS, :
:
Plaintiff, :
:  21-CV-2208 (VSB)
-against- :
:  **ORDER**
:
ANNABELLE CANDY CO., INC., :
:
Defendant. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and with prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 19, 2021
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge